**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHONGXIAO HUANG, | Case No. EDCV 26-2021-JFW (AS) |
| Petitioner, | **ORDER ACCEPTING FINDINGS,** |
| v. | **CONCLUSIONS AND** |
| WARDEN OF DESERT VIEW ANNEX DETENTION FACILITY, et al., | **RECOMMENDATIONS OF UNITED** |
| Respondents. | **STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the attached Report and Recommendation of United States Magistrate Judge, to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that Judgment be entered granting the Petition, and (1) ordering Respondents to (a) immediately release Petitioner subject to the conditions of Petitioner's most recent order of supervision, if any, and without imposition of any new or further

restraints; and (b) return all Petitioner's property confiscated when he was detained, including Petitioner's passport and driver's license; and (2) enjoining Respondents from re-detaining Petitioner absent strict compliance with the requirements of due process and all applicable statutes and regulations.

**IT IS FURTHER ORDERED** that Respondents file a status report within two (2) days confirming Petitioner's release from custody.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 8, 2026

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2