JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHONGXIAO HUANG, | Case No. EDCV 26-2021-JFW (AS) |
| Petitioner, | **JUDGMENT** |
| v. | |
| WARDEN OF DESERT VIEW ANNEX DETENTION FACILITY, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is GRANTED.

DATED: May 8, 2026

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE